| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| R6 / 7CJ 24039091 | 01/ | 2711963 | 1 of 1 | | ADP |

Animedic Veterinary Clinic
102104 Jamestown Ave
Philadelphia, PA 19127

Period Starting:  05/15/2023
Period Ending:   05/28/2023
Pay Date:        06/09/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:    Higher W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Emily K Kupprion
9 Brentwood Road
Boothwyn, PA 19061

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 5991.69 | 71900.28 |
| **Gross Pay** | | | **$5,991.69** | **$71,900.28** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1425.58 | 14735.82 |
| Social Security | -364.79 | 4377.46 |
| Medicare | -85.31 | 1023.76 |
| Pennsylvania State Income | -180.63 | 2167.56 |
| Pennsylvania State UI | -4.19 | 50.33 |
| Phila NR Local Income | -206.11 | 2473.32 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -108.01 | 1296.12 |

| **Net Pay** | | **$3,617.07** |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8139 | XXXXXXXXX | 3617.07 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $5,883.68
* Excluded from Federal taxable wages

Animedic Veterinary Clinic
102104 Jamestown Ave
Philadelphia, PA 19127

Pay Date:    06/09/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8139 | XXXXXXXXX | 3617.07 |

Emily K Kupprion
9 Brentwood Road
Boothwyn, PA 19061

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| R6 / 7CJ 24039091 | 01/ | 2660673 | 1 of 1 | | ADP |

Animedic Veterinary Clinic
102104 Jamestown Ave
Philadelphia, PA 19127

Period Starting: 04/03/2023
Period Ending: 04/16/2023
Pay Date: 04/28/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Higher W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Emily K Kupprion
9 Brentwood Road
Boothwyn, PA 19061

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 5991.69 | 53925.21 |
| **Gross Pay** | | | **$5,991.69** | **$53,925.21** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1425.58 | 10459.08 |
| Social Security | -364.78 | 3283.09 |
| Medicare | -85.31 | 767.82 |
| Pennsylvania State Income | -180.63 | 1625.67 |
| Pennsylvania State UI | -4.20 | 37.75 |
| Phila NR Local Income | -206.11 | 1854.99 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -108.01 | 972.09 |

| **Net Pay** | **$3,617.07** | |
|---|---|---|

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8139 | XXXXXXXXX | 3617.07 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $5,883.68
* Excluded from Federal taxable wages

---

Animedic Veterinary Clinic
102104 Jamestown Ave
Philadelphia, PA 19127

Pay Date: 04/28/2023

**Deposited to the account**

| | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8139 | XXXXXXXXX | 3617.07 |

THIS IS NOT A CHECK

Emily K Kupprion
9 Brentwood Road
Boothwyn, PA 19061

| Company Code | Loc/Dept | Number | Page | Earnings Statement | ADP |
|---|---|---|---|---|---|
| R6 / 7CJ 24039091 | 01/ | 2675699 | 1 of 1 | | |

Animedic Veterinary Clinic
102104 Jamestown Ave
Philadelphia, PA 19127

Period Starting: 04/17/2023
Period Ending: 04/30/2023
Pay Date: 05/12/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:    Higher W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:    0.00 Addnl
  State:
  Local:

Emily K Kupprion
9 Brentwood Road
Boothwyn, PA 19061

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 5991.69 | 59916.90 |
| **Gross Pay** | | | **$5,991.69** | **$59,916.90** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1425.58 | 11884.66 |
| Social Security | -364.79 | 3647.88 |
| Medicare | -85.31 | 853.13 |
| Pennsylvania State Income | -180.63 | 1806.30 |
| Pennsylvania State UI | -4.19 | 41.94 |
| Phila NR Local Income | -206.11 | 2061.10 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -108.01 | 1080.10 |

| **Net Pay** | | **$3,617.07** |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8139 | XXXXXXXXX | 3617.07 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $5,883.68
* Excluded from Federal taxable wages

Animedic Veterinary Clinic
102104 Jamestown Ave
Philadelphia, PA 19127

Pay Date:    05/12/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8139 | XXXXXXXXX | 3617.07 |

Emily K Kupprion
9 Brentwood Road
Boothwyn, PA 19061

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| R6 / 7CJ 24039091 | 01/ | 2644223 | 1 of 1 | | ADP |

Animedic Veterinary Clinic
102104 Jamestown Ave
Philadelphia, PA 19127

Period Starting: 03/20/2023
Period Ending: 04/02/2023
Pay Date: 04/14/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Higher W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Emily K Kupprion
9 Brentwood Road
Boothwyn, PA 19061

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 5991.69 | 47933.52 |
| **Gross Pay** | | | **$5,991.69** | **$47,933.52** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1425.58 | 9033.50 |
| Social Security | -364.79 | 2918.31 |
| Medicare | -85.32 | 682.51 |
| Pennsylvania State Income | -180.63 | 1445.04 |
| Pennsylvania State UI | -4.19 | 33.55 |
| Phila NR Local Income | -206.11 | 1648.88 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -108.01 | 864.08 |

| **Net Pay** | | **$3,617.06** |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8139 | XXXXXXXXX | 3617.06 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $5,883.68
* Excluded from Federal taxable wages

Animedic Veterinary Clinic
102104 Jamestown Ave
Philadelphia, PA 19127

Pay Date: 04/14/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8139 | XXXXXXXXX | 3617.06 |

THIS IS NOT A CHECK

Emily K Kupprion
9 Brentwood Road
Boothwyn, PA 19061

Document Available - Workday                                     https://www.myworkday.com/upenn/d/unifiedinbox/initialinbox/2...

Payslip_to_Print_-_Report_Design_06_12_2023...   1 of 1

# Penn

Trustees of University of Pennsylvania   3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Emily Kupprion   3900 Presidential Blvd. Apt. Adams 0101 Philadelphia, PA 19131

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check |
|---|---|---|---|---|---|---|
| Emily Kupprion | Trustees of University of Pennsylvania | 00151925 | 05/22/2023 | 05/28/2023 | 06/02/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions |
|---|---|---|---|---|
| Current | 2,600.00 | 0.00 | 1,172.22 | 0.00 |
| YTD | 2,600.00 | 0.00 | 1,172.22 | 0.00 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Weekly Pay | 05/22/2023 - 05/28/2023 | 16 | 162.5 | 2,600.00 | 2,600.00 |
| Earnings | | | | 2,600.00 | 2,600.00 |

### Employee Taxes

| Description | Amount |
|---|---|
| OASDI | 161.20 |
| Medicare | 37.70 |
| Federal Withholding | 793.14 |
| State Tax - PA | 79.82 |
| SUI-Employee Paid - PA | 1.82 |
| City Tax - PHILA | 98.54 |
| Employee Taxes | 1,172.22 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Retirement Basic | 130.00 | 130.00 |
| Employer Paid Benefits | 130.00 | 130.00 |

### Taxable Wages

| Description | Amount |
|---|---|
| OASDI - Taxable Wages | 2,600.00 |
| Medicare - Taxable Wages | 2,600.00 |
| Federal Withholding - Taxable Wages | 2,600.00 |
| State Tax Taxable Wages - PA | 2,600.00 |
| City Tax Taxable Wages - PHILA | 2,600.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 200 | 0 |

### Absence Plans

| Description | Accrued | Reduced |
|---|---|---|
| Philadelphia Sick Time | 0.4 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amou |
|---|---|---|---|---|
| credit karma | ck | ******0440 | | 1,427.78 |

1 of 1                                                              6/12/2023, 2:57 PM

DELAWARE COUNTY SPCA
555 Sandy Bank Road
Media PA  19063

Y426-X343
ORG: D-06 Clinic
EE ID: 426        DD

NON-NEGOTIABLE

EMILY KUPPRION
9 BRENTWOOD RD.
BOOTHWYN PA  19061-4257

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Emily Kupprion
9 Brentwood Rd.
Boothwyn, PA  19061-4257
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 426
**Home Labor:** 40 VETERINARY

**Pay Period:** 02/06/23 **to** 02/19/23
**Check Date:** 02/24/23    **Check #:** 7043

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 440 | 0.00 | 0.00 |
| Chkg 789 | 583.67 | 1935.62 |
| **NET PAY** | **583.67** | **1935.62** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| ASSIGNMENT | | | | | | |
| 105 Clinic | | | | | | |
| | Regular Earnings | 10.3000 | 70.0000 | 721.00 | 33.7200 | 2360.40 |
| | **Total Hours** | 10.30 | | | 33.72 | |
| | **Gross Earnings** | | | 721.00 | | 2360.40 |
| | **Total Hrs Worked** | 10.30 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 44.70 | 146.34 |
| Medicare | | 10.46 | 34.23 |
| Fed Income Tax | SMS | 50.33 | 138.49 |
| PA Income Tax | | 22.13 | 72.46 |
| PA Unemploy | | 0.50 | 1.65 |
| PA LUPRD-Del LST | | 2.00 | 8.00 |
| PA UPPRO-Del Inc | | 7.21 | 23.61 |
| **TOTAL** | | 137.33 | 424.78 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **583.67** | **1935.62** |

Payrolls by Paychex, Inc.
0940 Y426-X343  DELAWARE COUNTY SPCA • 555 Sandy Bank Road • Media PA  19063 • (610) 566-1370

DELAWARE COUNTY SPCA
555 Sandy Bank Road
Media PA  19063

Y426-X343
ORG: 0105 Clinic
EE ID: 426       DD

NON-NEGOTIABLE

EMILY KUPPRION
9 BRENTWOOD RD.
BOOTHWYN PA  19061-4257

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Emily Kupprion | | |
| 9 Brentwood Rd. | | |
| Boothwyn, PA  19061-4257 | | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 426 | | |
| **Home Labor:** 40 VETERINARY | | |
| **Pay Period:** 03/20/23 **to** 04/02/23 | | |
| **Check Date:** 04/07/23  **Check #:** 7294 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 440 | 0.00 | 0.00 |
| Chkg 789 | 444.96 | 3690.87 |
| **NET PAY** | **444.96** | **3690.87** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| ASSIGNMENT | | | | | | | |
| 105 Clinic | | | | | | | |
| | | Regular Earnings | 7.7000 | 70.0000 | 539.00 | 64.7000 | 4529.00 |
| | | **Total Hours** | 7.70 | | | 64.70 | |
| | | **Gross Earnings** | | | 539.00 | | 4529.00 |
| | | **Total Hrs Worked** | 7.70 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 33.42 | 280.80 |
| | Medicare | | 7.81 | 65.67 |
| | Fed Income Tax | SMS | 28.49 | 290.15 |
| | PA Income Tax | | 16.55 | 139.04 |
| | PA Unemploy | | 0.38 | 3.17 |
| | PA LUPRD-Del LST | | 2.00 | 14.00 |
| | PA UPPRO-Del Inc | | 5.39 | 45.30 |
| | **TOTAL** | | 94.04 | 838.13 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **444.96** | **3690.87** |

Payrolls by Paychex, Inc.
0940  Y426-X343  DELAWARE COUNTY SPCA • 555 Sandy Bank Road • Media PA  19063 • (610) 566-1370