United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-11953-amc

Emily K Kupprion                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                              Page 1 of 3

Date Rcvd: Sep 19, 2023                     Form ID: 155                         Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Emily K Kupprion, 174 Providence Ln, Lansdale, PA 19446-6679 |
| 14798901 | | Bankers Healthcare Group c/o Pinnacle Bank, Nashville, TN 37201 |
| 14795674 | + | Christopher J Cali Esq, 201 Solar Street, Syracuse, NY 13204-1425 |
| 14795687 | | VCA, PO Box 775578, Chicago, IL 60677-5578 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14795669 | + | Email/Text: bncnotifications@pheaa.org | Sep 19 2023 23:52:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14795671 | | Email/Text: bankruptcy@bhg-inc.com | Sep 19 2023 23:52:00 | Bankers Healthcare Group, LLC, 201 Solar St, Syracuse, NY 13204 |
| 14795670 | + | Email/Text: bankruptcy@bhg-inc.com | Sep 19 2023 23:52:00 | Banker's Healthcare Group, BHG Financial 201 Solar Street, Syracuse, NY 13204-1425 |
| 14795672 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 19 2023 23:52:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14795673 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 00:06:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14795675 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2023 23:52:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14795677 | | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 19 2023 23:52:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 14813148 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 19 2023 23:52:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 14795678 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 19 2023 23:52:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14805914 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 00:05:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14795679 | + | Email/Text: bknotification@loandepot.com | Sep 19 2023 23:52:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 14804167 | + | Email/Text: bncnotifications@pheaa.org | Sep 19 2023 23:52:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14813224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2023 23:54:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14795680 | + | Email/Text: ngisupport@radiusgs.com | Sep 19 2023 23:52:00 | Radius Global Solutions, 7831 Glenroy Suite 250 D1, Minneapolis, MN 55439-3132 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14795681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 00:07:55 | Syncb/venmo, Attn: Bankruptcy, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14795682 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 00:06:34 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14795683 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 00:06:35 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14795684 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 00:07:43 | TJX rewards/Synchrony bank, PO Box 669819, Dallas, TX 75266-0773 |
| 14795685 | + | Email/Text: dbogucki@trumark.org | Sep 19 2023 23:52:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14808413 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2023 23:52:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14795686 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2023 23:52:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14795676 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2023 23:52:00 | Elan Financial Services, PO Box 790408, St. Louis, MO 63179-0408 |
| 14797487 | ^ | MEBN | Sep 19 2023 23:47:34 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14810574 | + | Email/Text: bknotification@loandepot.com | Sep 19 2023 23:52:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite, Plano, TX 75024-3190 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Emily K Kupprion paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | |

District/off: 0313-2                                    User: admin                                    Page 3 of 3

Date Rcvd: Sep 19, 2023                                Form ID: 155                                   Total Noticed: 28

ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Emily K Kupprion

        Debtor(s)

                                          Chapter: 13

                                          Bankruptcy No: 23−11953−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 19, 2023 upon consideration of the plan submitted by the
debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed;
and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.


                                   Ashely M. Chan
                                   Judge, United States Bankruptcy Court

                                               15
                                        Form 155