# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Emily K. Kupprion | | |
| | Debtor(s) | |
| | | CHAPTER 13 |
| loanDepot.com, LLC | | |
| | Movant | |
| vs. | | |
| | | |
| Emily K. Kupprion | | NO. 23-11953 AMC |
| | Debtor(s) | |
| Hajra Khan | | |
| | Co-Debtor | |
| | | 11 U.S.C. Section 362 and 1301 |
| Kenneth E. West | | |
| | Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of loanDepot.com, LLC, which was filed with the Court on or about November 20, 2023, Document Number 20.

Dated: December 20, 2023

Respectfully submitted,

/s/Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mcronin@kmllawgroup.com