# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Emily K. Kuprion                             Chapter 13: 23-11953amc

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF BANKRUPTCY COURT:

Kindly Enter my Appearance for Hajra Khan, a party in interest, and I am hereby requesting notice of filings in this matter.

Respectfully Submitted,

Gellert Seitz Busenkell & Brown, LLC

Dated: April 22, 2024,                By:/s/Michael A. Cataldo, Esquire

901 Market street

Suite 3020

Philadelphia, Pa 19107

215-238-0015

Mcataldo@gsbblaw.com