**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| **Emily Kupprion** | : | **Bankruptcy No: 23-11953** |
| **Debtor** | : | **Chapter 13** |

### <u>AMENDED ORDER</u>

AND NOW, this _____ day of _____, 202__, upon consideration of

Debtor's Motion for Relief from the Automatic Stay under §362 and hearing it is hereby

**ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that relief from the automatic stay is granted. Both parties

to the family court action may litigate the matters set forth above. However, additional relief

from stay is necessary for the enforcement of a marital obligation against property of the

bankruptcy estate or to hold the debtor(s) in civil contempt. Notwithstanding any determination

by the family court, property of the estate and the impact of any family court order on the

implementation of and performance under the chapter 13 plan may be subject to further order of

this Court.

**IT IS FURTHER ORDERED** that Rule 4001 (a) (3) is not applicable and the parties

may immediately implement this order granting relief from the automatic stay.

BY THE COURT:

_____
Ashely M Chan
Chief United States Bankruptcy Judge