**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| **Emily Kupprion** | : | Bankruptcy No: 23-11953 |
|     Debtor | : | Chapter 13 |

## ORDER

AND NOW, this __27th__ day of __August__, 202_4_, upon consideration of Debtor's Motion for Relief from the Automatic Stay under §362 and hearing it is hereby **ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that relief from the automatic stay is granted. Both parties to the family court action may litigate the matters set forth above. However, additional relief from stay is necessary for the enforcement of a marital obligation against property of the bankruptcy estate or to hold the debtor(s) in civil contempt. Notwithstanding any determination by the family court, property of the estate and the impact of any family court order on the implementation of and performance under the chapter 13 plan may be subject to further order of this Court.

**IT IS FURTHER ORDERED** that Rule 4001 (a) (3) is not applicable and the parties may immediately implement this order granting relief from the automatic stay.

BY THE COURT:

_____
Ashely M Chan
Chief United States Bankruptcy Judge