UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In re:
Kupprion, Emily K.

Case No. 23-11953
Chapter 13

_____Debtor(s)_____/

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ☑

Please print the following information:

NAME: Banker's Healthcare Group c/o Pinnacle Bank

OLD MAILING ADDRESS: 150 3rd Ave. S. Ste. 900
Nashville, TN 37201

NEW MAILING ADDRESS: 21 Platform Way S
STE 2300
Nashville, TN 37203

DATED: 05/27/25    /s/Christopher Keimer
Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 615-743-8779

**All future notices shall be sent to the new mailing address**

(6/1/11)