**Jeanne Marie Cella and Associates, LLC**
**BY:  JEANNE MARIE CELLA, ESQUIRE**
**221 N Olive St**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                                            **Attorney for Debtor**

---

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Emily Kupprion | : | Chapter 13 |
| Debtor | : | Bky. No. 23-11953 |

### PRAECIPE FOR CHANGE OF ADDRESS

TO THE CLERK:

Please change debtor, Emily Kupprion's address on the court record, as follows:

> 620 Wilder Road
> Wallingford, PA 19086


                                        Respectfully,

                                        Jeanne Marie Cella and Associates, LLC


                                        **BY:**/s/: *Jeanne Marie Cella, Esq*
                                                **Jeanne Marie Cella, Esquire**
                                                Attorney for Debtor

Date:  February 10, 2026